No. 1163. CRUZ, PLAINTIFF AND RESPONDENT, *v.* NEW YORK AND PORTO RICO STEAMSHIP CO., DEFENDANT AND APPELLANT.—Appeal from the District Court of Ponce in an action for damages. Motion by the appellant, with the consent of the respondent, for leave to withdraw the appeal. Decided June 9, 1914. Motion sustained. *Mr. José Tous Soto* for the respondent. *Messrs. Hartzell & Rodríguez Serra* for the appellant.

---

No. 691. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VEGA, DEFENDANT AND APPELLANT.—Appeal from the District Court of Ponce in a prosecution for an offense against the public health. Decided June 10, 1914. Judgment affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.